Argued July 26, affirmed August 17, 1977

VILLAGE SANITARIUM, INC., *Respondent,*
*v.*
SAPP, *Appellant.*
(No. 161 304, CA 8018)
567 P2d 614

Robert B. Carlson, Portland, argued the cause and filed the brief for appellant.

Janice M. Stewart, Portland, argued the cause and filed the brief for respondent.

Before Schwab, Chief Judge, and Thornton and Lee, Judges.

PER CURIAM.

## PER CURIAM.

Defendant appeals from a judgment entered against her in a trial to the court. The sole issue in this appeal is whether or not defendant had agreed to assume liability for debts incurred by her mother as a patient in the plaintiff's medical-care facility. While there was no evidence to spare in support of plaintiff's position, there was sufficient to create a fact question. In an action at law this is the end of our factual inquiry—whether the trier of fact be district or circuit judge or district or circuit court jury.

Affirmed.